Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS JAMES THIESCHAFER,<br><br>Defendant. | 2:23-CR-129-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2251(a), (e)<br>Production and Attempted Production of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2):<br>Possession of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

### COUNT 1

Beginning on an unknown date but no later than on or about December 2, 2019, and continuing until on or about April 13, 2021, in the Eastern District of Washington, the Defendant, NICHOLAS JAMES THIESCHAFER, did knowingly employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce,

INDICTMENT - 1

entice, and coerce a minor child, Minor 1, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, such visual depiction to be produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

On or about March 9, 2023, in the Eastern District of Washington, the Defendant, NICHOLAS JAMES THIESCHAFER, did knowingly possess material depicting minors other than Minor 1, which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of any of the child pornography charges in Counts 1 – 2 of this Indictment, the Defendant, NICHOLAS JAMES THIESCHAFER , shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this

INDICTMENT - 2

chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to:

- Revvl Pro 6 Cellphone IMEI: 869589064332358;
- LG Cellphone, Model LGMS210 IMEI: 357588-08-277426-9; and,
- Hewlett Packard (HP) Laptop S/N: 2CE3050F2C.

DATED this 21 day of November, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*A.T. Wick*
Ann T. Wick
Assistant United States Attorney

INDICTMENT - 3